In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-145 CV


____________________



JAMAAL KEITH KNIGHTON, Appellant



V.



SHANAKA CHAIMAINE STAGG, Appellee






On Appeal from the 317th District Court


Jefferson County, Texas


Trial Cause No. C-1853






MEMORANDUM OPINION
 On April 25, 2008, we notified the parties that the appeal would be dismissed unless
the appellant remitted the filing fee for the appeal. Appellant did not respond.

 Appellant did not file an affidavit of indigence on appeal and has not shown that he
is entitled to proceed without payment of costs. See Tex. R. App. P. 20.1. There being no
satisfactory explanation for the failure to pay the filing fee for the appeal, the appeal is
dismissed for want of prosecution. See Tex. R. App. P. 42.3.

 APPEAL DISMISSED.



 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered May 22, 2008


Before McKeithen, C.J., Gaultney and Kreger, JJ.